UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| v. | : | Mag. No. 25-15092 |
| JAMES MISSRY | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (James H. Graham, Assistant U.S. Attorney, appearing), and defendant James Missry (Lorraine Gauli-Rufo, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through July 15, 2025.

2. This Court has granted no § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7.  FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.  The charges in this case result from a lengthy investigation, and the United States and defense counsel require time to discuss a potential resolution, including the potential for resolving this case through a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

b.  Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the day this order is signed through July 15, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. JAMES B. CLARK, III
United States Magistrate Judge

Dated: April 15, 2025

Form and entry consented to:

s/ James H. Graham
James H. Graham
Assistant U.S. Attorney

_____
Lorraine Gauli-Rufo, Esq.   Hannah Eaves, Esq
Counsel for James Missry

- 3 -